IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES McCONICO, JR., )<br># 117395, )<br>　　　　　　　　　　　　　　　)<br>　　　　Petitioner, )<br>　　　　　　　　　　　　　　　)<br>v )<br>　　　　　　　　　　　　　　　)<br>ALABAMA BOARD OF PARDONS )<br>AND PAROLES, *et al.*, )<br>　　　　　　　　　　　　　　　)<br>　　　　Respondents. ) | Civil Action No.2:08cv415-MHT<br>(WO) |

## ORDER

The magistrate judge filed a recommendation (doc. #12) in this case to which no timely objections have been filed. After a review of the recommendation, and after an independent and de novo review of the entire record, the court believes that the recommendation should be adopted. Accordingly, it is ORDERED that:

(1)　　The recommendation (doc. #12) of the magistrate judge is adopted.

(2)　　The petition for habeas corpus relief (doc. #1) is dismissed in accordance with the provisions of 28 U.S.C. § 2244(b)(3)(A), because petitioner has failed to obtain the requisite order from the Eleventh Circuit Court of Appeals authorizing a federal district court to consider his successive habeas application.

An appropriate judgment will be entered.

DONE, this the 13th day of August, 2008.

　　　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE