IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES McCONICO, JR., | ) | |
| # 117395, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v | ) | Civil Action No.2:08cv415-MHT |
| | ) | (WO) |
| ALABAMA BOARD OF PARDONS | ) | |
| AND PAROLES, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**JUDGMENT**

In accordance with the prior proceedings, opinions and orders of the Court, it is ORDERED and ADJUDGED that this action is dismissed without prejudice.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 13th day of August, 2008.

                                                /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE